# First District Court of Appeal
## State of Florida

_____

No. 1D2022-3643
_____

ERIN E. THATCHER,

    Appellant,

    v.

STATE OF FLORIDA
REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____

On appeal from the Reemployment Assistance Appeals Commission.
Charles Faircloth, Jr., Chairman.

February 1, 2024


PER CURIAM.

    AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Daniel Clibbon, Legal Services of North Florida, Inc., Tallahassee, for Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.